NUMBERS 13-00-630-CR and 13-00-631-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________


JULIO CESAR ORTIZ, Appellant,


v.


THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the 103rd District Court

of Cameron County, Texas.

________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant seeks to appeal from orders continuing or modifying community supervision. We dismiss the appeals for want
of jurisdiction.

In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the Court held that a defendant may not appeal from an order
continuing a defendant on probation with amended terms and conditions. There is neither constitutional nor statutory
authority which would confer jurisdiction on this Court to hear an appeal from an order modifying probationary conditions. 
Basaldua, 558 S.W.2d at 5.

Accordingly, the appeals are dismissed.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of May, 2001 .